**Dismiss and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-95-00733-CV

**EARL STEPHENSON, Appellant**
**V.**
**SMS FINANCIAL II, L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 94-11846-A**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

This appeal was abated in 1996 due to the filing of bankruptcy by appellant. In response to the Court's October 28, 2015 letter inquiring about the status of the bankruptcy proceeding, appellant filed a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

950733F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EARL STEPHENSON, Appellant

No. 05-95-00733-CV      V.

SMS FINANCIAL II, L.L.C., AN
ARIZONA LIMITED LIABILITY
COMPANY, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 94-11846-A.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee SMS Financial II, L.L.C., an Arizona Limited Liability Company recover its costs of this appeal, if any, from appellant Earl Stephenson and the cash deposit in lieu of cost bond. After all costs have been paid, we **ORDER** that the balance, if any, of the cash deposit in lieu of cost bond be returned to appellant Earl Stephenson.

Judgment entered November 19, 2015.